### 16330. CLAY v. THE STATE.

LUKE, J. The defendant was fairly and legally convicted of the offense of simple larceny, and it was not error to overrule the certiorari.

       *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

                DECIDED APRIL 21, 1925.

Certiorari; from Fulton superior court—Judge E. D. Thomas. February 5, 1925.

*Linton S. James, W. A. James,* for plaintiff in error.

*John A. Boykin,* solicitor-general, *Roy Dorsey,* solicitor, *Ralph H. Pharr,* contra.